

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――――

No. 02-24-00044-CV

―――――――――――――――――

IN RE T.L., Relator

―――――――――――――――――――――――――――――――――――――――

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-588129-15

―――――――――――――――――――――――――――――――――――――――

Before Sudderth, C.J.; Womack and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered T.L.'s "Motion to Show Jurisdiction Authority." The motion is granted only in part. The court will treat the notice of appeal as a petition for writ of mandamus.

The court has therefore considered relator's petition for writ of mandamus and motion for temporary relief and emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief and emergency stay are denied.

Per Curiam

Delivered: March 7, 2024